**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01450-CV

### RES-TX BOULEVARD, L.L.C., Appellant

### V.

### BOULEVARD BUILDERS/CITTA TOWNHOMES, LP, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02921**

## ORDER

We **GRANT** appellees' May 13, 2013 motion for an extension of time to file a brief.

Appellees shall file their brief on or before May 20, 2013.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE